### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

VERNON RENFROE,
ADC #148435                                                                                                   PLAINTIFF

V.                                          4:10CV01442 JTR

AARON DUVALL,
Sheriff of Pope County; and
CHRISTOPHER BROWNLOW,
Officer, Pope County Jail                                                                               DEFENDANTS

### JUDGMENT

Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITHOUT PREJUDICE. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

Dated this 9th day of August, 2011.

_____
UNITED STATES MAGISTRATE JUDGE